August 9, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE INTEREST OF C.Y.C., A CHILD

NO. 14-11-00341-CV             V.

_____

       This cause, an appeal from the judgment signed January 27, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

       We order appellant to pay all costs incurred in this appeal.

       We further order this decision certified below for observance.